| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kallon, Abdul K. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>05/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>419 Hugo Black United States Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Children's Village Board of Directors |
| 2. | Chair | Beta Kappa Boule Charitable Foundation |
| 3. | Director | Alabama Law Foundation |
| 4. | Director | Bethel Baptist Historic Renovation Foundation |
| 5. | Director | Habitat for Humanity Birmingham |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | United States Federal Courts -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Co-signer of student loans | L |
| 2. | Wells Fargo | Mortgage on rental property #1, Montgomery, AL (Pt. VII, line 7) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Regions Bank Account 1 | A | Interest | J | T | Distributed (part) | 03/03/16 | L | | |
| 2. | Regions Bank Account 2 | A | Interest | J | T | | | | | |
| 3. | Regions Bank Account 3 | A | Interest | J | T | | | | | |
| 4. | Bank of America Account | A | Interest | J | T | | | | | |
| 5. | BB and T Bank Account | A | Interest | | | Closed | 02/17/16 | K | A | |
| 6. | American Express Bank | A | Interest | L | T | Open | 02/11/16 | M | | |
| 7. | Rental Property #1, Montgomery, AL (2009 $164,000) | B | Rent | M | R | | | | | |
| 8. | Rental Property #2, Birmingham, AL (2015 $617,000) | A | Rent | O | R | | | | | |
| 9. | NBC Brokerage Account | | | | | | | | | |
| 10. | --Apple Common Stock | A | Dividend | | | Sold | 08/02/16 | J | | |
| 11. | --Amazon.Com | | None | J | T | | | | | |
| 12. | --Berkshire Hathaway Class B | | None | L | T | | | | | |
| 13. | --Energen Corp | | None | J | T | | | | | |
| 14. | --ExxonMobil | A | Dividend | J | T | | | | | |
| 15. | Facebook | | None | J | T | Buy | 08/02/16 | J | | |
| 16. | --Google Common Stock -- Class A | | None | K | T | | | | | |
| 17. | --Google Class C | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Mueller Water Products | A | Dividend | J | T | | | | | |
| 19. --Vulcan Materials Common Stock | A | Dividend | J | T | | | | | |
| 20. --Walter Energy | | None | J | T | | | | | |
| 21. --RBC Bank Deposit Program (formerly Prime Money Market Fund) | A | Interest | J | T | | | | | |
| 22. Vanguard IRA | | | | | | | | | |
| 23. --Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 24. --Vanguard Mid-Cad Index Fund | B | Dividend | M | T | | | | | |
| 25. --Vanguard Small Cap Growth Index Fund | B | Dividend | M | T | | | | | |
| 26. --Vanguard Total Int'l Stock Index Fund | C | Dividend | M | T | | | | | |
| 27. --Vanguard Wellington Fund | D | Dividend | N | T | | | | | |
| 28. Vanguard Roth IRA | | | | | | | | | |
| 29. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 30. --Vanguard Mid-Cad Index Fund | A | Dividend | J | T | | | | | |
| 31. --Vanguard Small Cap Growth Index Fund | A | Dividend | K | T | | | | | |
| 32. --Vanguard Total Int'l Stock Index Fund | A | Dividend | J | T | | | | | |
| 33. --Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 34. Vanguard Brokerage Account | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- High Dividend Yield Fund | A | Dividend | K | T | | | | | |
| 36. --Long-Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 37. --Short-Term Tax Exempt Fund | | None | J | T | | | | | |
| 38. --Money Market Fund | | None | J | T | | | | | |
| 39. --Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 40. Merrill Edge Account | | | | | | | | | |
| 41. --Alibaba | | None | J | T | Buy (add'l) | 08/15/16 | J | | |
| 42. --Amazon | | None | M | T | Buy (add'l) | 02/02/16 | J | | |
| 43. --Apple | A | Dividend | J | T | | | | | |
| 44. --Bank of America | A | Dividend | J | T | Buy (add'l) | 06/29/16 | J | | |
| 45. --BB&T | | None | J | T | | | | | |
| 46. --Buckeye Partners | A | Dividend | J | T | | | | | |
| 47. --Cisco | A | Dividend | J | T | | | | | |
| 48. --Clearbridge Growth Fund | B | Distribution | K | T | | | | | |
| 49. --Clearbridge Large Cap Growth | A | Distribution | K | T | | | | | |
| 50. --Clearbridge Large Cap Value | A | Distribution | K | T | | | | | |
| 51. --Coca-Cola | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --DSW | | None | J | T | | | | | |
| 53. --Dunkin | A | Dividend | J | T | | | | | |
| 54. --Facebook | | None | K | T | Buy (add'l) | 04/25/16 | K | | |
| 55. --Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 56. --First Solar | | None | J | T | | | | | |
| 57. --Ford | A | Dividend | J | T | | | | | |
| 58. --Goldman Sachs | A | Dividend | J | T | | | | | |
| 59. --Google Class A | | None | K | T | | | | | |
| 60. --Google Class C | | None | K | T | Buy (add'l) | 11/14/16 | J | | |
| 61. --General Electric | A | Dividend | J | T | | | | | |
| 62. --JP Morgan Chase | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 63. --Lord Abbett Intermediate Tax Free | A | Dividend | K | T | | | | | |
| 64. --Lord Abbett Growth Leaders | | | K | T | | | | | |
| 65. --Nissan | A | Dividend | J | T | | | | | |
| 66. --Pfizer | A | Dividend | J | T | | | | | |
| 67. --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 68. --Regions | A | Dividend | J | T | Sold (part) | 08/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Republic Bancorp | A | Dividend | K | T | | | | | |
| 70. --Tocqueville Int'l Value | A | Dividend | J | T | | | | | |
| 71. --Toyota | A | Dividend | J | T | | | | | |
| 72. --Twitter | | None | J | T | | | | | |
| 73. --Vanguard FTSE Emerging | A | Dividend | J | T | | | | | |
| 74. --Vanguard Dividend Growth | | None | J | T | | | | | |
| 75. --Vanguard 500 Index | A | Dividend | K | T | Buy (add'l) | 01/11/16 | K | | |
| 76. --Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 77. --Verizon | A | Dividend | J | T | | | | | |
| 78. --Zoe's | | None | J | T | | | | | |
| 79. Wells Fargo Small Cap World Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- Merril Edge Account (Lines 40 - 78)-- Four of the stocks (Amazon, Facebook, J.P. Morgan Chase, and Regions) had multiple transactions during the year. The dates listed in Column D are the earliest transaction dates. For a more complete picture, ▉ purchased shares on the following dates: (1) Facebook -- April 25, June 9, June 29, Oct. 6, Oct. 19, and Nov. 3; (2) Amazon -- Feb. 2 and Dec. 15; and (3) J. P. Morgan Chase -- Jan. 22 and June 29; and sold some of her Regions Bank shares on Aug. 9 and Oct. 13.

Also, in Part VII, the rental property in line 8 is actually the detached garage apartment ▉. For that reason, the mortgage is not listed as a liability in Part VI.

Part II -- I removed the 2013 agreement previously listed because I no longer expect to receive the final two payments that were due by June 30, 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/14/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Abdul K. Kallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544